**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD GREENBERG, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation,<br><br>Defendant. | Case No.:  17-cv-01862-LB-RS<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1
2     Having read and considered the Joint Stipulation to Extend Time to Respond to
3 Complaint, and good cause appearing therefore, the Court **GRANTS** the parties' joint
4 stipulation. Defendant shall have until 30 days after the filing of an amended Complaint to
5 answer or otherwise respond.
6 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
7
8 DATED: 5/1/17      _____
                       Hon. Richard Seeborg
9                      United States District Judge