1

2

3

4

5

6

7      **UNITED STATES DISTRICT COURT**

8      **NORTHERN DISTRICT OF CALIFORNIA**

9   | TODD GREENBERG, On Behalf of Himself | Case No.:      17-cv-01862-LB-RS
10  | and All Others Similarly Situated,

                                                    **CLASS ACTION**
11             Plaintiff,

                                                    [~~PROPOSED~~] **ORDER GRANTING**
12             v.                                   **JOINT STIPULATION REGARDING**
    TARGET CORPORATION, a Minnesota                 **HEARING ON DEFENDANT'S MOTION**
13  Corporation,                                    **TO DISMISS**

14             Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2      Having read and considered the Joint Stipulation Regarding Hearing on Defendant's

3  Motion to Dismiss, and good cause appearing therefore, the Court **GRANTS** the parties' joint

4  stipulation. The hearing on Defendant's Motion to Dismiss shall be held on August 31, 2017 at

5  1:30 p.m.

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8  DATED: _07/31/2017_ _____

9                                                  Hon. Richard Seeborg
                                                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28