UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JENSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>NATROL, LLC,<br><br>        Defendant. | Case No. 17-cv-03193-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Richard Seeborg for consideration of whether the case is related to *Greenberg v. Target Corp.*, No. 17-cv-01862-RS.

**IT IS SO ORDERED.**

Dated: September 6, 2017

_____
VINCE CHHABRIA
United States District Judge