# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD GREENBERG, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation,<br><br>Defendant. | Case No.: 17-cv-01862-LB-RS<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING FILING OF SECOND AMENDED COMPLAINT AND EXTENDING CLASS CERTIFICATION SCHEDULE**<br><br>Judge: Hon. Richard Seeborg<br><br>Complaint Filed: April 4, 2017<br>Trial Date: (None Set) |

CASE NO. CV17-cv-01862-LB-RS
OIRDER GRANTING STIPULATION RE FILING SECOND AMENDED COMPLAINT AND EXTENDING
SCHEDULE

Having considered the Parties' Joint Stipulation Regarding Filing of Second Amended Complaint and Extending Class Certification Schedule, and good cause appearing therfor, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Second Amended Complaint in the form attached to the Parties' Joint Stipulation as Exhibit B is accepted as filed; and

2. The class certification schedule set forth in the Court's November 27, 2017 Order at Section 4 is extended by approximately twelve (12) weeks, such that:

    a. Plaintiff's Motion for Class Certification will be filed on or before July 12, 2018;

    b. Defendant's Opposition to Class Certification will be filed on or before September 20, 2018;

    c. Plaintiff's Reply in support of Class Certification will be filed on or before November 15, 2018; and

    d. Plaintiff's Motion will be heard on November ~~20~~ 29, 2018.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 4/13/18

RICHARD SEEBORG
United States District Judge