Matthew R. Orr, Bar No. 211097
 morr@calljensen.com
William P. Cole, Bar No. 186772
 wcole@calljensen.com
Samuel G. Brooks, Bar No. 272107
 sbrooks@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendants Target Corporation,
International Vitamin Corporation, and
Perrigo Company of South Carolina, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD GREENBERG, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, INTERNATIONAL VITAMIN CORPORATION, a New Jersey Corporation, and PERRIGO COMPANY OF SOUTH CAROLINA, INC.,<br><br>Defendants. | Case No.  3:17-cv-01862-RS<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION SCHEDULE**<br><br><br>Complaint Filed:   April 4, 2017<br>Trial Date:         None Set |

INT22-01:2269401_1:8-8-18

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION SCHEDULE

Plaintiff Todd Greenberg ("Plaintiff") and Defendants Target Corporation ("Target"), International Vitamin Corporation ("IVC"), and Perrigo Company of South Carolina, Inc. ("Perrigo") (collectively, "Defendants"), by and through their respective counsel submit the following stipulation:

WHEREAS Plaintiff's Second Amended Complaint was deemed filed by Court Order dated April 13, 2018;

WHEREAS Target and IVC substituted new counsel on May 4, 2018, which counsel now also represents Perrigo;

WHEREAS this Court previously entered an extension of time for Defendants to respond to the Second Amended Complaint, as well as to briefly extend the class certification dates;

WHEREAS, based on information provided by Defendants, Plaintiff filed his Corrected Second Amended Complaint on June 22, 2018 for purposes of naming the correct defendant. Defendants filed their respective Answers to Plaintiff's Corrected Second Amended Complaint on July 5, 2018;

WHEREAS due to the extent and scope of written discovery required from the newly added Defendants (IVC/Perrigo), as well as deposition discovery required from all the parties, required to prosecute and defend class certification, as well as scheduling complications associated with such discovery, the Parties hereby jointly stipulate to modify the class certification schedule as follows:

  a. The last day for Plaintiff to file a Motion for Class Certification is extended from September 6, 2018 to December 6, 2018;
  b. The last day for Defendants to file an Opposition to Class Certification is extended from November 15, 2018 to February14, 2018;
  c. The last day for Plaintiff to file a Reply in Support of Class Certification is extended from January 10, 2019 to April 11, 2019; and
  d. The hearing on Plaintiff's Motion is continued from January 24, 2019 to May 9, 2019, or another date convenient for this Court.

IT IS SO STIPULATED.

Dated: August 8, 2018

CALL & JENSEN
A Professional Corporation

By: /s/ *Matthew R. Orr*[1]
Matthew R. Orr

Attorneys for Defendants Target Corporation, International Vitamin Corporation, and Perrigo Company of South Carolina, Inc.

Dated: August 8, 2018

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC

By: /s/ *Patricia N. Syverson*
Patricia N. Syverson

Attorneys for Plaintiff Todd Greenberg

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 8/8/18

Hon. Richard Seeborg
United States District Judge

---

[1], Matthew R. Orr, hereby attest, pursuant to Northern District of California Civ. L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.