1  Matthew R. Orr, Bar No. 211097
     morr@calljensen.com
2  William P. Cole, Bar No. 186772
     wcole@calljensen.com
3  Samuel G. Brooks, Bar No. 272107
     sbrooks@calljensen.com
4  CALL & JENSEN
   A Professional Corporation
5  610 Newport Center Drive, Suite 700
   Newport Beach, CA  92660
6  Tel:   (949) 717-3000
   Fax:   (949) 717-3100

Attorneys for Defendants Target Corporation,
International Vitamin Corporation, and
Perrigo Company of South Carolina, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD GREENBERG, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, INTERNATIONAL VITAMIN CORPORATION, a New Jersey Corporation, and PERRIGO COMPANY OF SOUTH CAROLINA, INC.,<br><br>Defendants. | Case No.  3:17-cv-01862-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:   August 8, 2019<br>Time:  1:30 p.m.<br>Place:  450 Golden Gate Ave.<br>           Courtroom 3 – 17th Floor<br>           San Francisco, CA<br><br>Complaint Filed:              April 4, 2017<br>First Am. Comp. Filed:    May 4, 2017<br>Second Am. Comp. Filed: April 19, 2018<br>Trial Date:                       None Set |

1  The Motion for Summary Judgment or, Alternatively, Partial Summary Judgment
2  by Defendants Target Corporation, International Vitamin Corporation, and Perrigo
3  Company of South Carolina, Inc. came on for hearing before the Honorable Richard
4  Seeborg on August 8, 2019.

5  Having considered all of the papers filed by the parties in connection with this
6  Motion, the papers and records on file in this action, the parties' arguments at the
7  hearing on this matter, and other matters of which the Court may properly take notice,
8  the Court HEREBY ORDERS:

9  For good cause shown, Defendants' Motion for Summary Judgment is
10 GRANTED, and the Court directs that judgment be entered against Plaintiff and in
11 favor of Defendants Target Corporation, International Vitamin Corporation, and Perrigo
12 Company of South Carolina, Inc.

**IT IS SO ORDERED.**

This ___ day of _____, 2019.

_____
Hon. Richard Seeborg
United States District Court Judge