| | |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 2 | PATRICIA N. SYVERSON (CA SBN 203111)<br>MANFRED P. MUECKE (CA SBN 222893) |
| 3 | 600 W. Broadway, Suite 900<br>San Diego, CA 92101 |
| 4 | psyverson@bffb.com<br>mmuecke@bffb.com |
| 5 | Telephone: (619) 798-4593 |
| 6 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 7 | ELAINE A. RYAN *(Admitted Pro Hac Vice)*<br>CARRIE A. LALIBERTE *(Admitted Pro Hac Vice)* |
| 8 | 2325 E. Camelback Rd. Suite 300<br>Phoenix, AZ 85016 |
| 9 | eryan@bffb.com<br>claliberte@bffb.com |
| 10 | Telephone: (602) 274-1100 |
| 11 | Attorneys for Plaintiff |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD GREENBERG, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation, INTERNATIONAL VITAMIN CORPORATION, a New Jersey Corporation, and PERRIGO COMPANY OF SOUTH CAROLINA, INC.,<br><br>Defendants. | Case No.: 17-cv-01862-LB-RS<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING RESCHEDULING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br>**[Pursuant to LR 6-2]**<br><br>Original Hearing Date: August 8, 2019<br>Proposed Hearing Date: August 15, 2019<br><br>Judge: Hon. Richard Seeborg<br><br>Complaint Filed: April 4, 2017<br>First Am. Comp. Filed: May 4, 2017<br>Second Am. Compl. Filed: April 19, 2018<br>Trial Date: None set |

| | |
|---|---|
| 1 | Pursuant to L.R. 6-2, Plaintiff Todd Greenberg and Defendants Target Corporation, International |
| 2 | Vitamin Corporation, and Perrigo Company of South Carolina, Inc. (collectively, the "Parties"), hereby |
| 3 | STIPULATE AND REQUEST AS FOLLOWS: |
| 4 | WHEREAS, Plaintiff filed his Motion for Class Certification on January 31, 2019 (D.E. 86); |
| 5 | WHEREAS, on March 19, 2019, the Court rescheduled the hearing on Plaintiff's Motion for |
| 6 | Class Certification from July 18, 2019 to August 15, 2019; |
| 7 | WHEREAS, on April 3, 2019, the Court continued the hearing on Plaintiff's Motion for Class |
| 8 | Certification from August 15, 2019 to August 22, 2019 at 1:30 p.m.; |
| 9 | WHEREAS, Defendants filed a Corrected Motion for Summary Judgment Or, Alternatively, |
| 10 | Partial Summary Judgment ("MSJ") on July 2, 2019, with a noticed hearing date of August 8, 2019 (D.E. |
| 11 | 100); |
| 12 | WHEREAS, Plaintiff's counsel met and conferred with defense regarding previously scheduled |
| 13 | conflicts that Plaintiff's counsel have with the August 8, 2019 hearing date.  In order to accommodate |
| 14 | Plaintiff's counsel, defense agreed to extend the hearing date for the MSJ from August 8, 2019 to August |
| 15 | 22, 2019.  The Parties further agreed that the deadline for Defendants' reply brief in support of summary |
| 16 | judgment be due on August 6, 2019 (instead of July 23, 2019 as currently scheduled); |
| 17 | WHEREAS, the Parties further believe that it is in the interests of both the Parties and the Court, |
| 18 | and furthers the interests of judicial efficiency, to reschedule the hearing on Defendants' MSJ from |
| 19 | August 8, 2019 to August 22, 2019 so that it may be heard at the same time as Plaintiff's Motion for |
| 20 | Class Certification; |
| 21 | WHEREAS, the parties have previously stipulated to extend the time Corporation to respond to |
| 22 | Plaintiff's Complaint (D.E. 15), First Amended Complaint (D.E. 18), and Second Amended Complaint |
| 23 | (D.E. 61); to allow Plaintiff to file a Second Amended Complaint and Corrected Second Amended |
| 24 | Complaint (D.E. Nos. 56 and 76); to continue the case management conference (D.E. Nos. 19 and 31); |
| 25 | to reschedule the hearing on Defendant Target Corporation's Motion to Dismiss (D.E. 29); and to modify |
| 26 | the class certification briefing schedule (D.E. Nos. 56, 69, 82, 84, and 87); and |
| 27 | WHEREAS, the requested modification will not affect the class certification briefing schedule |
| 28 | or have any other significant effect on the schedule of the case. |

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, THE PARTIES HEREBY STIPULATE AND REQUEST THAT Defendants' reply brief in support of their MSJ be due on August 6, 2019 and the hearing on Defendants' MSJ be rescheduled from August 8, 2019 to August 22, 2019 at 1:30 p.m.

IT IS SO STIPULATED AND AGREED.

DATED: July 17, 2019   BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By:   /s/ *Patricia N. Syverson*
Patricia N. Syverson
Manfred P. Muecke
Attorneys for Plaintiff Todd Greenberg

DATED: July 17, 2019   CALL & JENSEN

By:   /s/ *Matthew R. Orr*
Matthew R. Orr
Attorneys for Defendants Target Corporation, International Vitamin Corporation, and Perrigo Company of South Carolina, Inc.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendants' reply brief in support of their Motion for Summary Judgment or, Alternatively, Partial Summary Judgment is due on August 6, 2019 and the hearing on Defendants' Motion for Summary Judgment or, Alternatively, Partial Summary Judgment is rescheduled from August 8, 2019 to August 22, 2019 at 1:30 p.m.

Date: 7/18/19

Hon. Richard Seeborg
United States District Judge