UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD GREENBERG,

    Plaintiff,

v.

TARGET CORPORATION, et al.,

    Defendants.

Case No. 17-cv-01862-RS

**JUDGMENT**

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, issued concurrently with this order, the Court hereby enters judgment in favor of Defendants Target Corporation, International Vitamin Corporation, and Perrigo Company of South Carolina, Inc. and against Plaintiff Todd Greenberg.

**IT IS SO ORDERED**.

Dated: August 29, 2019

_____
RICHARD SEEBORG
United States District Judge